UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Raphael Palacios; Armando Herrera; Victor Lopez;
and Kevin Espinal on behalf of themselves and
other similarly situated,

                               Plaintiffs,

    v.

Five Stars of Brooklyn Incorporated; Five Stars of
Brooklyn III Incorporated; Five Stars of Brooklyn IV Inc.;
Five Stars of Brooklyn V Inc.; Five Stars of Brooklyn VI Inc.;
Five Stars of Brooklyn VII Inc.; Five Stars of Brooklyn
VIII Inc.; Five Stars of Brooklyn IX Inc.; Five Stars of
Brooklyn X Inc.; Metro of Buffalo Inc; Metro of Buffalo II
Inc; Metro of Buffalo III Inc; and Morad Marashli,

                              Defendants.
----------------------------------------------------------------X

JUDGMENT

20-cv-02265 (RPK)

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 7, 2021; and Defendants Five Stars of Brooklyn Incorporated; Five Stars of Brooklyn III Incorporated; Five Stars of Brooklyn IV Inc.; Five Stars of Brooklyn V Inc.; Five Stars of Brooklyn VI Inc.; Five Stars of Brooklyn VII Inc.; Five Stars of Brooklyn VIII Inc.; Five Stars of Brooklyn IX Inc.; Five Stars of Brooklyn X Inc.; Metro of Buffalo Inc; Metro of Buffalo II Inc; Metro of Buffalo III Inc; and Morad Marashli, having offered to allow judgment in this action to be taken against them and in favor of Plaintiffs Raphael Palacios, Armando Herrera, Victor Lopez and Kevin Espinal, in the above-captioned action in the total sum of One Hundred and Five Thousand Dollars and No Cents ($105,000), inclusive of reasonable attorneys' fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action; it is

ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiffs Raphael Palacios, Armando Herrera, Victor Lopez and Kevin Espinal and against Defendants Five Stars of Brooklyn Incorporated; Five Stars of Brooklyn III Incorporated; Five Stars of Brooklyn IV Inc.; Five Stars of Brooklyn V Inc.; Five Stars of Brooklyn VI Inc.; Five Stars of Brooklyn VII Inc.; Five Stars of Brooklyn VIII Inc.; Five Stars of Brooklyn IX Inc.; Five Stars of Brooklyn X Inc.; Metro of Buffalo Inc; Metro of Buffalo II Inc; Metro of Buffalo III Inc; and Morad Marashli in the above-captioned action in the total sum of One Hundred and Five Thousand Dollars and No Cents ($105,000), inclusive of reasonable attorneys' fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Dated: Brooklyn, New York  
   October 13, 2021

Douglas C. Palmer  
Clerk of Court

By:  */s/Jalitza Poveda*  
   Deputy Clerk